[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12842
Non-Argument Calendar
_____

D.C. Docket No. 3:13-cr-00015-TJC-PDB-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SCOTT ANDERSON HALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 20, 2017)

Before MARCUS, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Robert Rivers, appointed counsel for Scott Anderson Hall, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Hall's convictions and total sentence are **AFFIRMED**.